**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.** 1:26-mj-03824-Hernandez

**UNITED STATES OF AMERICA**

**v.**

**ROBERTO PEREZ QUINCOSA,**
**Defendant.**
_____________________________________/

FILED BY RCH1 D.C.
Oct 7, 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

**CRIMINAL COVER SHEET**

1. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No

2. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No

3. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? No

4. Did this matter involve the participation of or consultation with Magistrate Judge Yeney Herandez during her tenure at the U.S. Attorney's Office, which concluded on April 2, 2026? No

5. Did this matter involve the participation of or consultation with Magistrate Judge Brandy Brentari Galler during her tenure at the U.S. Attorney's Office, which concluded on July 30, 2026? No

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

/s/ *Nadia L. Rossbach*
NADIA L. ROSSBACH
Assistant United States Attorney
Court ID No. A5503415
99 Northeast 4th Street,
Miami, FL 33132-2111
Telephone: (305) 961-9343
E-mail: nadia.rossbach@usdoj.gov

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

United States of America
v.
Roberto Perez Quincosa
*Defendant(s)*

Case No. 1:26-mj-03824-Hernandez

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of October 6, 2026 in the county of Miami-Dade County in the Southern District of Florida, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 545 | Smuggling Goods into the United States |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

Raul Sanchez
*Complainant's signature*

Raul Sanchez, Special Agent WSF
*Printed name and title*

Attested to by the Applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by

Date: 10/7/2026

*Judge's signature*

City and state: Miami, FL

Honorable Yeney Hernandez, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Raul Sanchez, Special Agent with the United States Fish and Wildlife Service (USFWS), having first been duly sworn, do hereby depose and state the following:

## AGENT BACKGROUND AND INTRODUCTION

1. I am a Special Agent of the USFWS Office of Law Enforcement and have been so employed since May 2016. I am currently stationed in the Miami, Florida Office. Prior to my employment as a Special Agent, I served as a Federal Wildlife Officer for the USFWS for eight years. My duties include investigating violations of wildlife crimes including the Lacey Act, Title 16, United States Code, Sections 3371, *et seq.*, the Endangered Species Act ("ESA"), Title 16, United States Code, Sections 1531, and the smuggling of goods into the Unites States, Title 18, United States Code, Section 545. As a result, I am familiar with the methods commonly used by individuals illegally importing, exporting, or trafficking fish and wildlife in interstate and foreign commerce.

2. I am a law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7). That is, I am an officer of the United States who is empowered by law to investigate and conduct arrests for offenses enumerated in Title 18, United States Code, Section 545.

3. The information set forth in this Affidavit is provided in support of the criminal complaint charging Roberto **PEREZ QUINCOSA ("PEREZ QUINCOSA")** with a violation of Title 18, United States Code, Section 545 (smuggling goods into the United States). This Affidavit is intended only to establish probable cause to believe that the offense was committed. Accordingly, it does not include each and every fact known to law enforcement about the investigation.

**PROBABLE CAUSE**

4. On or about October 6, 2026, **PEREZ QUINCOSA** entered the United States through Miami International Airport (MIA) via Eastern Air Express flight BBQ702 from Havana, Cuba. **PEREZ QUINCOSA** is a native of Cuba and a Lawful Permanent Resident of the United States. **PEREZ QUINCOSA** is a native Spanish speaker.

5. Upon arriving at primary inspection, **PEREZ QUINCOSA** was selected for secondary inspection by a U.S. Customs and Border Protection (CBP) officer. At secondary inspection, the CBP officer obtained a binding declaration from **PEREZ QUINCOSA** in Spanish. At that time, **PEREZ QUINCOSA** claimed ownership of one suitcase and one purse-like bag. The CBP officer also provided **PEREZ QUINCOSA** with a CBP Form 6059B, Customs Entry Declaration Form in Spanish. On the form, **PEREZ QUINCOSA** answered "No" to all declaration questions, including whether he was bringing any animals or wildlife into the United States. He signed and dated the form October 6, 2026. A search of **PEREZ QUINCOSA**'s suitcase and bag did not yield any contraband.

6. CBP then initiated a pat down of **PEREZ QUINCOSA**. The pat-down revealed that **PEREZ QUINCOSA** was concealing eleven hair roller tubes, each with holes along their length and capped with netting material. The individual tubes were bundled with electrical black tape and made into a belt-like concealment garment. Each tube contained live birds. The images below depict the tubes after they were removed from **PEREZ QUINCOSA**'s body as well as one of the birds after it was removed from the tube.







7. In total, **PEREZ QUINCOSA** was found to be transporting eleven live birds. A preliminary identification of the birds revealed them to be: five (5) Cuban Bullfinches (*Melopyrrha nigra*) and (6) Cuban Melodious finch (*Tiaris Canora*).

8. Law enforcement conducted an audio-recorded interview of **PEREZ QUINCOSA** in Spanish at secondary inspection at the Miami International Airport. Law enforcement provided **PEREZ QUINCOSA** with a written waiver of his *Miranda* rights in Spanish. **PEREZ QUINCOSA** acknowledged his rights and agreed to answer questions without an attorney present. During the interview, **PEREZ QUINCOSA** acknowledged that he had the birds concealed on his person and that he knew that he could not bring the birds into the United States. **PEREZ QUINCOSA** stated that his intentions were to breed and sell the birds in the United States for $100-$120 each.

9. Based on the records available at the time of inspection, there is no evidence that

**PEREZ QUINCOSA** submitted the documentation required for the lawful importation of wildlife. Under the Endangered Species Act, Title 16, United States Code, Section 1538(e) individuals importing wildlife must file any declaration or report required by the Secretary of the Interior to facilitate enforcement. Prior to importing any wildlife, an importer is required to file with the U.S. Fish & Wildlife (Form 3-177), as required by 50 C.F.R. § 14.61. No such declaration was identified in connection with **PEREZ QUINCOSA**'s arrival.

**CONCLUSION**

10. Based on the aforementioned information, I respectfully submit that there is probable cause to believe that **PEREZ QUINCOSA** did fraudulently and knowingly import and bring into the United States merchandise contrary to law, that is, eleven (11) live birds, specifically, five (5) Cuban Bullfinch (*Melopyrrha nigra*), and six (6) Cuban Melodious finch (*Tiaris Canora*), in that said wildlife was not first made available for inspection and properly declared to the United States Fish and Wildlife Service and United States Custom and Border Protection as required by Title 50, Code of Federal Regulations, Sections 14.52 and 14.61, in violation of Title 18, United States Code, Section 545.

**FURTHER AFFIANT SAYETH NAUGHT.**

Raul Sanchez
Special Agent
U.S. Fish & Wildlife Service

Signed and sworn to before
me in Miami, this
7th day of October, 2026.

JUDGE YENEY HERNANDEZ
UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**CASE NUMBER:** 1:26-mj-03824-Hernandez

**BOND RECOMMENDATION**

DEFENDANT: Roberto Perez Qiuncosa

PTD

(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: *Nadia Rossbach*

AUSA: Nadia Rossbach

Last Known Address: ______________________

______________________

______________________

What Facility: ______________________

______________________

Agent(s): S/A Raul Sanchez

(FBI) (SECRET SERVICE) (DEA) (IRS) (ICE) (**OTHER**)

WSF